UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CRYSTALIA GLASS LLC,

                             Plaintiff,

   v.

ACG GLASS & METALS LLC, FORMERLY
KNOWN AS A CRYSTAL GLASS & MIRROR
LLC,

                             Defendant.

Civil Action No. 1:25-cv-6849-CBA-SDE

---

## **DEFENDANT'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Juan A. Martinez, with exhibit, and memorandum of law, and all of the prior pleadings and proceedings in this action, Defendant ACG Glass & Metals LLC ("Defendant"), by and through their undersigned counsel, hereby moves this Court, before the Honorable Carol Bagley Amon, United States District Judge, Eastern District of New York, for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint against Defendant for lack of personal jurisdiction and granting Defendant such other and further relief as the Court may deem just and proper.

*[signature on following page]*

| | |
|---|---|
| Dated: January 26, 2026 | Respectfully submitted,<br><br>**COWAN LEIBOWITZ & LATMAN, P.C.**<br><br>By: _____<br>Kieran Doyle (kgd@cll.com)<br>Dasha Chestukhin (dxc@cll.com)<br>114 West 47th Street<br>New York, NY 10036<br>Tel: (212) 790-9200<br>Fax: (212) 575-0671<br><br>**LOTT & FISCHER, PL**<br><br>Ury Fischer (*Admitted pro hac vice*)<br>ufischer@lottfischer.com<br>Ariel Weltz (*Admitted pro hac vice*)<br>aweltz@lottfischer.com<br>LOTT & FISCHER, PL<br>255 Aragon Avenue, Third Floor<br>Coral Gables, FL 33134<br>Tel: (305) 448-7089<br>Fax: (305) 446-6191<br><br>*Attorneys For Defendant ACG Glass & Metals LLC* |