UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

CRYSTALIA GLASS LLC,

                Plaintiff,

   v.

ACG GLASS & METALS LLC, FORMERLY KNOWN AS A CRYSTAL GLASS & MIRROR LLC,

                Defendant.
_____

Civil Action No. 1:25-cv-6849-CBA-SDE

## DECLARATION OF JUAN A. MARTINEZ
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, **Juan A. Martinez**, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am the CEO of Defendant ACG Glass & Metals LLC ("ACG"). I have served in this capacity since the company's inception on August 22, 2022.

2.    I submit this declaration in support of ACG's Motion to Dismiss the Complaint.

3.    I make this declaration based on my personal knowledge of ACG's business operations and my review of ACG's corporate records. If called as a witness, I would be competent to testify as to this information.

4.    ACG is a limited liability company organized and existing under the laws of the State of Florida.

5.    ACG's place of incorporation and principal place of business are both in Florida.

6.    ACG is not registered to conduct business in New York, and has not designated an in-state agent for service of process in New York.

7. ACG's only office is located at 7830 Byron Dr Ste 4, West Palm Beach, FL 33404 and ACG's services areas are strictly limited to the South Florida area, as expressly stated on ACG's website at <https://acrystalglass.com/services-area/>.

8. ACG does not have an office or agency in New York.

9. ACG does not engage in any solicitation or service activities in the State of New York and does not target New York consumers.

10. ACG has not specifically targeted New York or New York residents in advertising or marketing for any service or product, including services or products identified by the mark "A Crystal Glass & Mirror."

11. ACG does not have a bank account in New York.

12. ACG has no mailing address in New York.

13. ACG does not have a telephone listing in New York.

14. ACG does not own, rent, or lease real estate in New York.

15. ACG has no employees or agents in New York.

16. ACG has no on-going contractual relationship with a New York entity.

17. ACG does not engage in advertising or public relations work in New York.

18. ACG does not operate, conduct, engage in, or carry on any business or business venture in New York.

19. All of the physical corporate records of ACG are located in Florida.

20. ACG conducts no activities within the State of New York.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. Executed on the 22nd day of January, 2026.

_____
Juan Martinez